IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE WRIGHT, | ) | |
| Plaintiff(s), | ) | No. C 04-3344 CRB (PR) |
| v. | ) | ORDER |
| R. A. LAMARQUE, et al., | ) | (Doc # 51) |
| Defendant(s). | ) | |

Good cause appearing, defendants Benefield, Chavez, Faulkner, Mackinga and Martin's motion (doc # 51) for an extension of time to file a motion for summary judgment is GRANTED. Defendants shall file a motion for summary judgment by no later than December 15, 2005.

Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receipt of the motion, and defendants shall file a reply within 15 days of receipt of any opposition.

No further extensions of time will be granted.

SO ORDERED.

DATED: Nov. 07, 2005

CHARLES R. BREYER
United States District Judge