IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WRIGHT,<br><br>   Plaintiff(s),<br><br>v.<br><br>R. A. LAMARQUE, et al.,<br><br>   Defendant(s). | No. C 04-3344 CRB (PR)<br><br>ORDER |

  Defendants Benefield, Chavez, Faulkner, Mackinga and Martin have filed a motion for summary judgment and noticed it for a hearing on January 27, 2006.

  Because plaintiff is incarcerated, the hearing on the motion is VACATED. The motion will be deemed submitted as of the date defendants' reply is due.

SO ORDERED.

DATED: Jan. 12, 2006

          CHARLES R. BREYER
          United States District Judge