IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE WRIGHT, | ) |
| Plaintiff(s), | ) No. C 04-3344 CRB (PR) |
| v. | ) ORDER |
| R. A. LAMARQUE, et al., | ) |
| Defendant(s). | ) |

In order to expedite these proceedings, the clerk is directed to serve on all defendants a copy of plaintiff's recently-filed declaration in opposition to defendants' motions for dismissal/summary judgment. All defendants are directed to file a reply by no later that February 24, 2006.

SO ORDERED.

DATED: Feb. 02, 2006

CHARLES R. BREYER
United States District Judge